UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOSEF VOLMAN,

                Plaintiff,                            JUDGMENT
                                                                21-CV-4449 (RPK)(RER)

                -against-

PERI PERI 2 LLC AND 660-DEGRAW ST. LLC

                Defendants.
------------------------------------------------------------- X

       An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on August 31, 2022, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated August 16, 2022, granting default judgment on plaintiff's ADA, NYSHRL, NYCRL, and NYCHRL claims; issuing an injunction requiring defendants to make their facilities ADA compliant in accordance with the schedule recommended by Judge Reyes, see R. & R. 10-11; awarding $500 in statutory damages under the NYCRL; awarding $1,000 in compensatory damages under the NYSHRL and NYCHRL; denying plaintiff's request for declaratory judgment; granting plaintiff leave to file a motion for attorney's fees within six months of the date of this order; and awarding plaintiff $402 in costs; it is

       ORDERED and ADJUDGED that default judgment is granted on plaintiff's ADA, NYSHRL, NYCRL, and NYCHRL claims; that the Court issues an injunction requiring defendants to make their facilities ADA compliant in accordance with the schedule recommended by Judge Reyes, see R. & R. 10-11; that plaintiff is awarded a total amount of $1,902; that plaintiff's request for declaratory judgment is denied; that plaintiff is granted leave to file a motion for attorney's fees within six months of the date of this order.

Dated: Brooklyn, NY  
       September 1, 2022

Brenna B. Mahoney  
Clerk of Court

By: */s/Jalitza Poveda*  
      Deputy Clerk